CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 27 2017

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILMER JEROME KNIGHT, | ) | CASE NO. 7:17CV00231 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| A. CUTCHENS, ET AL., | ) | |
| | ) | By:  Glen E. Conrad |
| Defendant. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and this action is stricken from the active docket of the court.

ENTER: This 27th day of July, 2017.

_____
United States District Judge